UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMEON NAEMIT,

                Plaintiff,

-against-

THE VILLAGE OF SPRING VALLEY,

                Defendant.
-----------------------------------------------------------X

20 **CIVIL** 1882 (JCM)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2022, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

       May 9, 2022

                                                    **RUBY J. KRAJICK**

                                                     Clerk of Court

                            **BY:**

                                                     **Deputy Clerk**